jurisdictional requirement." <u>Bowles v. Russell</u>, 551 U.S. 205, 214, 127 S.Ct. 2360, 168 L.Ed.2d 96 (2007).

The district court's order was entered on the docket on April 5, 2016. The notice of appeal was filed on August 30, 2016.* Because Davis failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We deny all pending motions, including Davis' motions to consolidate, to appoint counsel, and to remand the case. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

**William Scott DAVIS, Jr.,
Plaintiff-Appellant,**

v.

**James A. HUNT, Defendant-Appellee.**

**No. 16-2010**

United States Court of Appeals,
Fourth Circuit.

Submitted: November 22, 2016

Decided: November 29, 2016

William Scott Davis, Jr., Appellant Pro Se.

Before DIAZ and THACKER, Circuit Judges, and DAVIS, Senior Circuit Judge.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

William Scott Davis, Jr., appeals the district court's order denying his motion for reconsideration in a closed 42 U.S.C. § 1983 (2012) action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Davis v. Hunt</u>, No. 5:11-cv-00035-D (E.D.N.C. Aug. 8, 2016). We deny Davis' motions to remand and to appoint a guardian ad litem. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED